IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DONALD RYAN MULLENIX                                                                     PLAINTIFF

v.                                         3:21-CV-00232-BSM

THE CITY OF JONESBORO, *et al.*                                                       DEFENDANTS

## ORDER

The motion to withdraw [Doc. No. 10] will be held for thirty days to afford Donald Mullenix the opportunity to retain new counsel. The hearing on the motion [*see* Doc. No. 11] is cancelled.

IT IS SO ORDERED this 14th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE