**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DONALD RYAN MULLENIX**                                                                             **PLAINTIFF**

V.                              **CASE NO. 3:21-cv-232-BSM**

**THE CITY OF JONESBORO;**
**JIMMY CHAMBERS, INDIVIDUALLY;**
**TIM DOYLE, INDIVIDUALLY; AND**
**JASON CHESTER, INDIVIDUALLY**                                                                    **DEFENDANTS**

## MOTION TO DISMISS, OR ALTERNATIVELY, MOTION TO COMPEL AND MOTION FOR ORDER

Come now Defendants, the City of Jonesboro; Jimmy Chambers, individually; Tim Doyle, individually; and Jason Chester, individually, (collectively "Defendants") by and through their attorneys, Jenna Adams and Gabrielle Gibson, and for their Motion to Dismiss, or Alternatively, Motion to Compel and Motion for Order, state:

1.  On May 26, 2022, this Court ordered Plaintiff to provide a valid mailing address within thirty days. ***See* Doc. No. 19.**

2.  On June 25, 2022, Plaintiff responded via email to the Court that his current address was 623 Melody Ln, Jonesboro, AR 72401. ***Exhibit A***.

3.  As instructed by this Court's initial scheduling order, and in compliance with Rule 26(f), undersigned counsel attempted to contact Plaintiff several times via U.S. mail and email in order to conduct a Rule 26 conference and in preparation for filing the Rule 26(f) Report. Undersigned counsel also attempted to obtain Plaintiff's phone number. Ultimately, undersigned counsel was unsuccessful in contacting Plaintiff, and Defendants filed a separate Rule 26(f) Report. ***See* Doc. No. 20, n. 1.**

4.	On August 18, 2022, Defendants propounded its First Set of Interrogatories and Requests for Production of Documents to the Plaintiff. **Exhibit B.** Plaintiff did not respond to the discovery requests.

5.	On September 26, 2022, Defendants sent a good faith letter to the Plaintiff via email and certified mail requesting his past-due discovery responses within the next 10 days in an attempt to resolve this discovery dispute without court intervention. **Exhibit C.**

6.	On September 26, 2022, Plaintiff sent an email to the Court, undersigned counsel, and others, responding to Defendants' good faith by stating, "I have told opposing counsel repeatedly and the court I will not comply with anything going forward until a new scheduling order is entered AFTER my prior counsel Luther Sutter delivers me a copy of my client file..." **Exhibit D.**

7.	Plaintiff's email went on to threaten, "Opposing counsel: Fuck off and die in a fire trying to threaten me when your clients are goddamned criminals. I don't give a shit about this case. I give a shit about putting your criminal clients behind bars." **Exhibit D**.

8.	Plaintiff sent another email on September 26, 2022, stating, "I'm also not doing anything until I'm appointed counsel, which I have a constitutional right to…" **Exhibit E**.

9.	Plaintiff, again, sent another email on September 26, 2022, stating, "Opposing counsel, see above for my good faith response." **Exhibit F.**

10.	On September 30, 2022, Plaintiff sent an email to the Court, undersigned counsel, and others, threatening in relevant part, "Opposing counsel like Jenna Adams keeps sending certified mail to my parents' address. I do not live there anymore. I keep telling them to fuck off and die in a fire like you should do, but they keep emailing me…[s]top fucking sending my parents or me communications you piece of shit." **Exhibit G.**

11. In response, undersigned counsel emailed Plaintiff stating, "According to your email, you no longer live at 623 Melody Lane, Jonesboro, AR 72401, which is the address we had for you. Would you please provide us with your current address so we can communicate with you about your lawsuit? It would also be helpful if we could have your phone number." ***Exhibit H***.

12. Plaintiff responded to undersigned counsels' email by threatening in relevant part, "fuck off and die in a fire…stupid bitch stop communicating with me or you'll fucking pay for it and it [] won't end well for you…you stupid cunt…fuck off- I have blocked you from my email…test me, bitch." ***Exhibit I.***

13. To date, Plaintiff has not responded to Defendants' request for discovery responses nor provided initial disclosures.

14. In fact, Plaintiff has made it clear that he does not intend to respond to Defendants' requests, nor does he wish to communicate with undersigned counsel. Undersigned counsel has apparently been blocked from emailing Plaintiff and does not have any way to communicate with Plaintiff at this time.

15. Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Defendants have attempted to resolve this discovery dispute in good faith, and due to Plaintiff's refusal to respond, this matter cannot be resolved without intervention of the Court.

16. Additionally, Plaintiff has failed to prosecute his case and has failed to provide the Court with his current address in violation of Local Rule 5.5(c)(2).

17. Finally, in addition to Plaintiff's failure to comply with the Federal Rules of Civil Procedure, this Court's order, the Local Rules, and failing to prosecute his case, Plaintiff has clearly threatened undersigned counsels' lives and safety on a number of occasions.

18. Due to the nature of the threats made against undersigned counsel and Plaintiff's complete refusal to communicate with undersigned counsel without making threats on their lives and safety, Defendants respectfully request an emergency telephone hearing on this matter.

19. For all of the reasons stated herein and the brief in support filed contemporaneously herewith, Defendants request that this Court dismiss Plaintiff's claims against them. Alternatively, should the Court not dismiss Plaintiff's claims, Defendants request that the Court compel Plaintiff to respond to Defendants' discovery requests within five (5) days, provide an updated address and phone number, and issue an order preventing Plaintiff from sending undersigned counsel any communications containing threats and/or offensive language in the future.

WHEREFORE, Defendants respectfully request that this Court schedule an emergency hearing regarding this discovery dispute and the threats Plaintiff has made against undersigned counsel. Should the Court find that a hearing is not necessary, Defendants respectfully request that the Court dismiss Plaintiff's Complaint against them, or alternatively, compel Plaintiff to respond to discovery and issue an order preventing Plaintiff from sending threatening communications, and all other just and proper relief to which they are entitled.

Respectfully submitted,

Jenna Adams, Ark Bar. No. 2015082
*Attorney for Defendants*
P.O. Box 38
North Little Rock, AR 72115
TELEPHONE: 501-978-6115
FACSIMILE: 501-978-6558
EMAIL: jenadams@arml.org

        AND

        Gabrielle Gibson, Ark. Bar No. 2018113
*Attorney for Defendants*
P.O. Box 38
North Little Rock, AR 72115
TELEPHONE: 501-537-3783
FACSIMILE: 501-537-7258
EMAIL: ggibson@arml.org

### CERTIFICATE OF SERVICE

I, Jenna Adams, hereby certify that on October 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system; and I further certify that a copy of the following has been sent ***via Certified Mail and email*** to the non CM/ECF participant:

Donald Ryan Mullenix
623 Melody Lane
Jonesboro, AR 72401
mullenix.r@gmail.com

        JENNA ADAMS, Ark. Bar No. 2015082