## Rebecca Blankenship

| | |
|---|---|
| **From:** | Jenna Adams |
| **Sent:** | Monday, June 27, 2022 9:26 AM |
| **To:** | Rebecca Blankenship |
| **Subject:** | FW: Activity in Case 3:21-cv-00232-BSM Mullenix v. Jonesboro, City of et al Order |

## Jenna Adams

Litigation Counsel
Arkansas Municipal League
P.O. Box 38
North Little Rock, AR 72115
Office: 501-978-6115
Fax: 501-978-6558
jenadams@arml.org
www.arml.org

**From:** D. Ryan Mullenix <mullenix.r@gmail.com>
**Sent:** Saturday, June 25, 2022 11:11 AM
**To:** bsmchambers@ared.uscourts.gov
**Cc:** Jenna Adams <JenAdams@arml.org>; Gabrielle Gibson <GGibson@arml.org>
**Subject:** Fwd: Activity in Case 3:21-cv-00232-BSM Mullenix v. Jonesboro, City of et al Order

EXTERNAL SENDER. DO NOT click links or open attachments if sender is unknown or the message seems suspicious in any way. DO NOT provide your user ID or password.

Right now I'm living with my parents at 623 Melody Ln, Jonesboro, AR 72401

-DRM


---------- Forwarded message ---------
From: <ecf_support@ared.uscourts.gov>
Date: Thu, May 26, 2022 at 12:50 PM
Subject: Activity in Case 3:21-cv-00232-BSM Mullenix v. Jonesboro, City of et al Order
To: <ared_ecf@ared.uscourts.gov>


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Arkansas

# Notice of Electronic Filing

The following transaction was entered on 5/26/2022 at 12:49 PM CDT and filed on 5/26/2022
**Case Name:**     Mullenix v. Jonesboro, City of et al
**Case Number:**   [3:21-cv-00232-BSM](#)
**Filer:**
**Document Number:** [19](#)

**Docket Text:**
**ORDER: Donald Ryan Mullenix is directed to provide a valid mailing address within 30 days. Signed by Judge Brian S. Miller on 5/26/2022. (jbh)**


**3:21-cv-00232-BSM Notice has been electronically mailed to:**

Donald Ryan Mullenix     [Mullenix.r@gmail.com](mailto:Mullenix.r@gmail.com), [alex@mullenixfirm.com](mailto:alex@mullenixfirm.com), [woopigsueme@gmail.com](mailto:woopigsueme@gmail.com)

Jenna Adams     [jenadams@arml.org](mailto:jenadams@arml.org), [rblankenship@arml.org](mailto:rblankenship@arml.org)

Gabrielle Denise Gibson     [ggibson@arml.org](mailto:ggibson@arml.org), [FSWelch@arml.org](mailto:FSWelch@arml.org)

**3:21-cv-00232-BSM Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=5/26/2022] [FileNumber=9115844-0
] [48e0fa2f330816ee31f2c510d5de3c134b652a943c8326c4ef52626a4ead867f161
c70ab2aeaf232b10f7e27f09a2cfe90a929c721f313f5e19ec50b8d233abf]]