# JENNA ADAMS
### ATTORNEY AT LAW
P. O. Box 38
301 W. 2nd Street
North Little Rock, AR 72115

| | |
|---|---|
| **Telephone:** 501-978-6115 | **Rebecca Blankenship, Paralegal** |
| **Facsimile:** 501-978-6558 | **Telephone:** 501-978-6139 |
| **Email:** jenadams@arml.org | **Email:** rblankenship@arml.org |

August 18, 2022

**<u>Certified Mail, Return Receipt Requested</u>**
**<u>Article No. 9214 8901 9403 8386 8514 89</u>**
**<u>And Via Email</u>**
Donald Ryan Mullenix
623 Melody Lane
Jonesboro, AR 72401
mullenix.r@gmail.com

   Re: *Donald Ryan Mullenix v. City of Jonesboro, et. al.*
     USDC Eastern District of Arkansas, Jonesboro Division, Case No.: 3:21-cv-232

Mr. Mullenix:

   Enclosed please find Defendants' Initial Disclosures and Defendants' First Set of Interrogatories and Requests for Production of Documents to Plaintiff in the above referenced case.

   Thank you for your attention to this matter.

      Sincerely,

      /s/ Jenna Adams
      Jenna Adams

JA/rb
Enclosures

## Rebecca Blankenship

| | |
|---|---|
| **From:** | Rebecca Blankenship |
| **Sent:** | Thursday, August 18, 2022 9:01 AM |
| **To:** | 'mullenix.r@gmail.com' |
| **Cc:** | Jenna Adams; Gabrielle Gibson |
| **Subject:** | Mullenix v. Jonesboro |
| **Attachments:** | 18. Ltr to P-encl Initial Discl and Disco 8.18.22.pdf; 1. Initial Discl 8.18.22.pdf; 2. Rogs and RFP to P 8.18.22.pdf |

Mr. Mullenix,

Please see the attached letter along with Defendants' Initial Disclosures and Defendants' Interrogatories and Requests for Production of Documents. A hard copy of the same is being mailed as well. Thank you.

**Rebecca Blankenship, CP**
Paralegal to Jenna Adams
Arkansas Municipal League
P.O. Box 38
North Little Rock, AR 72115
Office: 501-978-6139
Fax: 501-978-6558
rblankenship@arml.org
www.arml.org

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DONALD RYAN MULLENIX**                                                          **PLAINTIFF**

**V.**                                     **CASE NO. 3:21-cv-232-BSM**

**THE CITY OF JONESBORO;**
**JIMMY CHAMBERS, INDIVIDUALLY;**
**TIM DOYLE, INDIVIDUALLY; AND**
**JASON CHESTER, INDIVIDUALLY**                                           **DEFENDANTS**

<u>**DEFENDANTS' FIRST SET OF INTERROGATORIES AND**</u>
<u>**REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**</u>

Come now, Defendants, the City of Jonesboro; Jimmy Chambers, individually; Tim Doyle, individually; and Jason Chester, individually (collectively "Defendants"), by and through their attorneys, Jenna Adams and Gabrielle Gibson, and for their, First Set of Interrogatories and Requests for Production of Documents propounded to Plaintiff to be answered under oath within thirty (30) days pursuant to the Federal Rules of Civil Procedure, state:

**<u>INTERROGATORY NO. 1:</u>** Please state the following information:

a. Your full name, place and date of birth, and any other names used;

b. Whether you have ever been married, stating the full name of each spouse, the date of marriage to each spouse, the date on which the marriage ended, the present address of each spouse;

c. The names, birth dates and present addresses of any children you have or are alleged to have over the age of eighteen (18);

d. Each and every address at which you have resided at the past ten years, including dates of residence at each address and the names of all persons residing at each address; and

e.      The highest grade of formal schooling you have completed, the institution at which it was completed, and any certificates or degrees received, including any vocational or specialized education or training in a trade, business, or the military.

**INTERROGATORY NO. 2:**      Please give the names, addresses, and telephone numbers of all employers for whom you have worked in the last ten (10) years, including:

a.      the beginning and ending dates of each employment;

b.      a description of your job;

c.      the rate of pay; and

d.      the reason for separation from the employment.

**INTERROGATORY NO. 3:**      Please provide the name, address and telephone number of each and every doctor you have seen in the past ten (10) years, and the name, address and telephone number of each and every hospital where you have been treated in the past ten (10) years.

**INTERROGATORY NO. 4:**      Please list all accidents in which you have been involved and all injuries you have sustained in your lifetime, including the time, place, names of the persons involved, the extent of the injuries, and the residual effects of such injuries, if any.

**INTERROGATORY NO. 5:**      Please describe in detail how the events outlined in your complaint have affected or injured you in any way.

**INTERROGATORY NO. 6:**      Have the events outlined in your complaint caused you to miss any work?  If so, please list the days missed and explain why it was necessary to miss work.

**INTERROGATORY NO. 7:**      Please state whether there is currently any restriction on your activities as a result of any alleged injuries you received from the events outlined in your complaint and, if so, describe those restrictions.

2

**INTERROGATORY NO. 8:**        Please state whether you were hospitalized as a result of any of the events outlined in your complaint and, if so, in what hospital and for what period of time.

**INTERROGATORY NO. 9:**        Please describe your present condition, complaints, and normal activities you can or cannot perform at this time.

**INTERROGATORY NO. 10:**        Please list any lawsuit(s) and/or administrative proceeding(s) in which you have ever been involved as a party, including, but not limited to, personal injury, bankruptcy, divorce, collection, proceeding for workers' compensation benefits, or a proceeding for social security or disability benefits, giving the:

    a. approximate filing date;

    b. the court and/or agency in which it was pending;

    c. the names of all parties involved;

    d. the case number; and

    e. the final disposition of the case.

**INTERROGATORY NO. 11:**        Have you ever been cited, arrested, charged, or convicted for violating any criminal law or statute consisting of a misdemeanor or a felony in any State?  If your answer is yes, please state:

    a. what you were arrested for, charged with, or convicted of;

    b. the approximate date when the arrest, charge, or conviction was made;

    c. the name and the address of the court in which it was pending;

    d. the case number; and

    e. the disposition of any charges including, but not limited to, any time served in jail or prison.

**INTERROGATORY NO. 12:** Regarding witnesses you intend to call in the trial of this matter, please state their name, address, telephone numbers and a brief summary of their testimony.

**INTERROGATORY NO. 13:** State the basis for any claims for actual or compensatory damages, including any amounts expended for any purpose which will be claimed as damages at trial.

**REQUEST FOR PRODUCTION NO. 1:** Please provide copies of all bills, receipts or other written documentation relating to the damages information requested in the preceding Interrogatory.

**REQUEST FOR PRODUCTION NO. 2:** Please produce any and all documents, photographs, audio tapes, video tapes or other documentation made in connection with this lawsuit, which in any way substantiate or provide support for the allegations made in your complaint.

**REQUEST FOR PRODUCTION NO. 3:** Please produce a copy of any and all federal and state tax returns which you have filed in the past five (5) years. If Plaintiff is not in possession of his/her federal tax returns, he/she can request transcripts at https://www.irs.gov/individuals/get-transcript. If the "Request Online" option is selected, the transcripts can be downloaded. If the "Request by Mail" option is selected, then a request must be submitted for each tax year (2017, 2018, 2019, 2020, and 2021).

**REQUEST FOR PRODUCTION NO. 4:** Please produce any and all notes, memorandums, calendars or other documents by whatever named called, generated or kept by the Plaintiff with respect to the allegations contained in the Plaintiff's complaint or the facts made basis of the complaint, whether created at the time of the event or at a later date.  If you contend any of these documents are privileged in any manner, please sufficiently identify the nature and location of said documents so that the court may rule on your objections.

4

**REQUEST FOR PRODUCTION NO. 5:**  Please produce each and every document or article of demonstrative evidence which you intend to rely on in any way at the trial of this matter or which is relevant to the allegations made.  This request encompasses, but is not limited to, both documentary evidence which you intend to introduce and any other form of tangible evidence which you intend to introduce, or otherwise rely on in any way, at the trial of this matter.

**INTERROGATORY NO. 14**:     Please list the name, address and phone number of every jail, prison, or penitentiary in which you have been incarcerated.  In addition, provide the dates of incarceration at each facility.

**INTERROGATORY NO. 15**:     Please list any social media sites on which you have a profile, along with your user name on each site.

**REQUEST FOR PRODUCTION NO. 6:**  Please  sign  the  medical  authorization attached hereto as "Exhibit A" and furnish it to the attorney for the defendants.

**REQUEST FOR PRODUCTION NO. 7:**  Please  sign  the  release  of  employment information attached hereto as "Exhibit B" and furnish it to the attorney for the defendants.

**INTERROGATORY NO. 16:**     Please state, describe, and explain, in full and complete detail, each and every action or inaction taken by Jimmy Chambers that you believe violated your rights; stating with specificity what rights were allegedly violated and how Chambers' actions or inactions caused those rights to be violated, as well as what injuries—physical or non-physical that you allege were a result of those violations.

**INTERROGATORY NO. 17:**     Please state, describe, and explain, in full and complete detail, each and every action or inaction taken by Tim Doyle that you believe violated your rights; stating with specificity what rights were allegedly violated and how Doyle's actions or inactions caused those rights to be violated, as well as what injuries—physical or non-physical that you allege were a result of those violations.

5

**INTERROGATORY NO. 18:**      Please state, describe, and explain, in full and complete detail, each and every action or inaction taken by Jason Chester that you believe violated your rights; stating with specificity what rights were allegedly violated and how Chester's actions or inactions caused those rights to be violated, as well as what injuries—physical or non-physical that you allege were a result of those violations.

**INTERROGATORY NO. 19:**      Please identify any claims against the City of Jonesboro that you are alleging led to the violation of your constitutional rights.

**INTERROGATORY NO. 20:**      Please identify any custom, policy, or practice of the City of Jonesboro that you are alleging led to the violation of your constitutional rights.

**INTERROGATORY NO. 21:**      Have you ever drawn social security benefits for disability and if so, state:

a.      The nature and extent of the disability; and

b.      The length of time of such disability and the beginning date.

**INTERROGATORY NO. 22:**      Please treat the foregoing interrogatories and requests for production of documents as continuing and furnish to the defendants, through it attorneys, in writing, any additional information received by you subsequent to the date of your answers hereto that would modify or supplement your answers, such additional information to be furnished as soon as reasonably possible after receipt by you and within a reasonable time prior to the assigned trial date in order to permit appropriate discovery procedure.  Will you do so?

Respectfully submitted,

**DEFENDANTS**

JENNA ADAMS, Ark Bar. No. 2015082
P.O. Box 38
North Little Rock, AR 72115
TELEPHONE: 501-978-6115
FACSIMILE: 501-978-6558
EMAIL: jenadams@arml.org

AND

GABRIELLE GIBSON, Ark. Bar No. 2018113
P.O. Box 38
North Little Rock, AR 72115
TELEPHONE: 501-537-3783
FACSIMILE: 501-537-7258
EMAIL: ggibson@arml.org

## CERTIFICATE OF SERVICE

I, Jenna Adams, hereby certify that on August 18, 2022, a true and correct copy of the foregoing has been served upon the following:

***Via Certified Mail and E-mail***
Donald Ryan Mullenix
623 Melody Lane
Jonesboro, AR 72401
mullenix.r@gmail.com

/s/ Jenna Adams
Jenna Adams, ABA#2015082

**AUTHORIZATION TO DISCLOSE HEALTH INFORMATION**

Patient Name: _____   Health Record Number: _____

Date of Birth: _____   SSN: _____

1.       I authorize the use or disclosure of the above named individual's health information as described below:
2.       The following individual or organization is authorized to make the disclosure:

Name:       _____

Address:     _____

               _____

3.       The type and amount of information to be used or disclosed is as follows: (include dates of service)

☐     problem list
☐     medication list
☐     list of allergies
☐     immunization record
☐     most recent history and physical
☐     most recent discharge summary
☐     laboratory results           from (date) _____ to (date) _____
☐     x-ray and imaging reports    from (date) _____ to (date) _____
☐     consultation reports         from (doctors' names) _____
X     entire record
☐     other _____

4.       I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).  It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5.       This information may be disclosed to and used by the following individual or organization:

           Name:          **Jenna Adams, Attorney at Law**
           Address:       **P.O. Box. 38, North Little Rock, AR 72115**
           for the purpose of:  litigation

6.       I understand I have the right to revoke this authorization at any time.  I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department.  I understand the revocation will not apply to information that has already been released in response to this authorization.  I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.  Unless otherwise revoked, this authorization will expire on the following date, event or condition: **Two Years**.  If I fail to specify an expiration date, event or condition, this authorization will expire in six months.

7.       I understand that authorizing the disclosure of this health information is voluntary.  I can refuse to sign this authorization.  I need not sign this form in order to assure treatment.  I understand I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524.  I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules.  If I have questions about disclosure of my health information, I can contact the Health Information Management director of respective facility.

_____       _____
Signature of Patient or Legal Representative       Date

_____       _____
If Signed by Legal Representative, Relationship to Patient     Signature of Witness

EXHIBIT A

## <u>RELEASE OF EMPLOYMENT INFORMATION</u>

Date:_____

I,_____, hereby authorize all of my past and current employers and all of my prior or current employees to release any and all information of any nature regarding that employment with them, including, but not limited to, my wages, projected wage increases, work history, disciplinary records, and any records relating to loss of time from work, to JENNA ADAMS, Attorney at Law, or her representative.

A photocopy or facsimile of this authorization shall be treated with the same authority as the original.

_____
(print)

_____
Date of Birth

_____
Social Security Number

_____
Signature

_____
Witness

EXHIBIT B