# Rebecca Blankenship

| | |
|---|---|
| **From:** | Rebecca Blankenship |
| **Sent:** | Monday, September 26, 2022 3:38 PM |
| **To:** | 'mullenix.r@gmail.com' |
| **Cc:** | Jenna Adams; Gabrielle Gibson |
| **Subject:** | Mullenix v. Jonesboro |
| **Attachments:** | 26. Ltr to P-good faith ltr 9.26.22.pdf; 2. Rogs and RFP to P 8.18.22.pdf |

Mr. Mullenix,

Please see the attached good faith letter along with a courtesy copy of Defendants' Interrogatories and Request for Production. Thank you.

**Rebecca Blankenship, CP**
Paralegal to Jenna Adams
Arkansas Municipal League
P.O. Box 38
North Little Rock, AR 72115
Office: 501-978-6139
Fax: 501-978-6558
rblankenship@arml.org
www.arml.org

# JENNA ADAMS
ATTORNEY AT LAW
P. O. Box 38
301 W. 2nd Street
North Little Rock, AR 72115

---

**Telephone:** 501-978-6115  **Rebecca Blankenship, Paralegal**
**Facsimile:** 501-978-6558  **Telephone:** 501-978-6139
**Email:** jenadams@arml.org  **Email:** rblankenship@arml.org

September 26, 2022

**Certified Mail, Return Receipt Requested**
**Article No. 9214 8901 9403 8390 8398 55**
**And Via Email**
Donald Ryan Mullenix
623 Melody Lane
Jonesboro, AR 72401
mullenix.r@gmail.com

Re: *Donald Ryan Mullenix v. City of Jonesboro, et. al.*
USDC Eastern District of Arkansas, Jonesboro Division, Case No.: 3:21-cv-232

Mr. Mullenix:

On August 18, 2022, I mailed and emailed to you Defendants' First Set of Interrogatories and Requests for Production of Documents. Under the Federal Rules of Civil Procedure, you had thirty (30) days to respond. Your responses are now past due.

Please provide your responses to the First Set of Interrogatories and Requests for Production of Documents within the next ten (10) business days. If your responses are not received by October 6, 2022, I may file a Motion to Compel asking that the court order you to respond to the requests.

I do not wish to seek the court's assistance in this matter. I hope to receive your responses by October 6, 2022. For your convenience, I have enclosed another copy of the Interrogatories and Requests for Production.

Additionally, please note that we have not received Plaintiff's Initial Disclosures pursuant to the Rule 26(f) Report. I would appreciate your providing those at your earliest convenience.

Thank you for your attention to this matter.

Sincerely,

/s/ Jenna Adams
Jenna Adams

JA/rb
Enclosure