# Rebecca Blankenship

| | |
|---|---|
| **From:** | D. Ryan Mullenix <mullenix.r@gmail.com> |
| **Sent:** | Monday, September 26, 2022 4:19 PM |
| **To:** | Rebecca Blankenship; bsmchambers@ared.uscourts.gov; Denzil Marshall; Brandon Harrison; dpmchambers@ared.uscourts.gov; Mara Leveritt; Lisa C. Ballard; John J. Watkins; Brandon J. Harrison; Charlene A. Fleetwood |
| **Cc:** | Jenna Adams; Gabrielle Gibson |
| **Subject:** | Re: Mullenix v. Jonesboro |

EXTERNAL SENDER. DO NOT click links or open attachments if sender is unknown or the message seems suspicious in any way. DO NOT provide your user ID or password.

I'm also not doing anything until I'm appointed counsel, which I have a constitutional right to when the defendants are criminals that engaged in criminal behavior against me, including falsifying police reports, manipulating evidence, and participating in criminal acts with local prosecutors to abuse their office against me.

On Mon, Sep 26, 2022 at 4:16 PM D. Ryan Mullenix <mullenix.r@gmail.com> wrote:

> Chief Justice of the E.D. Ark and White Collar Criminal Dishonorable Brian Miller of the Prosecutor Protectorate,
>
> I have told opposing counsel repeatedly and the court I will not comply with anything going forward until a new scheduling order is entered AFTER my prior counsel Luther Sutter delivers me a copy of my client file, which should presumably contain information containing a peppercorn of liability to one of the defendants he sued in my case that to my knowledge has no bearing on it but did so to gain an unfair advantage for another client of his in Craighead County District Court while prejudicing my case. The ethics committee, including Lisa Ballard and Charlene Fleetwood, are aware of these actions but will take no action to compel him to do anything.
>
> Opposing counsel: Fuck off and die in a fire trying to threaten me when your clients are goddamned criminals. I don't give a shit about this case. I give a shit about putting your criminal clients behind bars.
>
> Best, -DRM
>
> D. Ryan Mullenix
> Founder, Death of the Law in Arkansas
>
>
> On Mon, Sep 26, 2022 at 3:37 PM Rebecca Blankenship <rblankenship@arml.org> wrote:
>
>> Mr. Mullenix,
>>
>> Please see the attached good faith letter along with a courtesy copy of Defendants' Interrogatories and Request for Production. Thank you.
>>
>> **Rebecca Blankenship, CP**

1

Paralegal to Jenna Adams

Arkansas Municipal League

P.O. Box 38

North Little Rock, AR 72115

Office: 501-978-6139

Fax: 501-978-6558

rblankenship@arml.org

www.arml.org