**Rebecca Blankenship**

| | |
|---|---|
| **From:** | Jenna Adams |
| **Sent:** | Friday, September 30, 2022 2:03 PM |
| **To:** | Rebecca Blankenship |
| **Subject:** | FW: Opposing counsel harassing me from my scumbag lawyer prejudicing my suit |

### Jenna Adams
Litigation Counsel
Arkansas Municipal League
P.O. Box 38
North Little Rock, AR 72115
Office: 501-978-6115
Fax: 501-978-6558
jenadams@arml.org
www.arml.org

**From:** D. Ryan Mullenix <mullenix.r@gmail.com>
**Sent:** Friday, September 30, 2022 11:31 AM
**To:** bsmchambers@ared.uscourts.gov; Jenna Adams <JenAdams@arml.org>; Gabrielle Gibson <GGibson@arml.org>; dpmchambers@ared.uscourts.gov; Denzil Marshall <dpmjr1963@hotmail.com>; Brandon Harrison <bjharrison8170@att.net>; Luther Sutter <luther.sutterlaw@gmail.com>; Lisa C. Ballard <lisa.ballard@arcourts.gov>; Charlene A. Fleetwood <charlene.fleetwood@arcourts.gov>; info@asp.arkansas.gov; stacie.rhoads@asp.arkansas.gov; Mara Leveritt <mara@maraleveritt.com>; Brian Miles <bmiles@craigheadcounty.org>; chenry@craigheadcounty.org; mullenix45 <mullenix45@sbcglobal.net>; karen mullenix <kmullenix51@gmail.com>; Brandon J. Harrison <Brandon.harrison@arcourts.gov>
**Subject:** Opposing counsel harassing me from my scumbag lawyer prejudicing my suit

EXTERNAL SENDER. DO NOT click links or open attachments if sender is unknown or the message seems suspicious in any way. DO NOT provide your user ID or password.

Dear Judge Miller Prosecutor Dishonorable Protectorate,
Dear Chief Judge,

Opposing counsel like Jenna Adams keeps sending certified mail to my parents' address. I do not live there anymore. I keep telling them to fuck off and die in a fire like you should do, but they keep emailing me.

You collaborated with Luther Sutter to let him out of my case while he had a client he failed to take inaccurate measures with under attorney ethics for a mentally challenged client.

I am forwarding this information to the Senate Judiciary Committee - along with Shit-Piece Marshall and Brian Shit-Heel Miller's allowance of a State Supreme Court Justice to commit crimes against Arkansas citizens - and how Lisa Cunt Ballard and Cuntlenee Fleetwood covered up the crimes of their predecessors Stark Ligon and Michael Harmon to keep corrupt federal judges in office to keep corrupt policemen in their uniforms backed by corrupt prosecutors like John Fogleman, Scott Ellington, Dustin McDaniel, and Leslie Rutledge - all goddamned white collar criminals

In fact, Piece of Shit Price Marshall is a white collar criminal at this point knowing of Brian Miller's actions and not doing anything about it. Together with his mentee political pissant Brandon Harrison so that they can both be political figures,

not adhere to their judicial canons, and allow prosecutors to openly lie to judges in plain court, and that the ethics committee was aware of it, and did nothing.

Stop fucking sending my parents or me communications you pieces of shit.

Talk to my lawyer Luther Sutter, who you pieces of shit opposing counsel are also protecting bynot filing sanctions against him.

The Arkansas Bar is a fucking criminal organization when Robin Wynne is allowed to stay on the Supreme Court