IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DONALD MULLENIX**                                                             **PLAINTIFF**

**v.**                      **CASE NO. 3:21-CV-00232-BSM**

**CITY OF JONESBORO, et al.,**                                     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE